ANDREW T. BAXTER
United States Attorney
Newark, New Jersey

Ellen Sovern
Special Assistant U.S. Attorney
c/o Social Security Administration
Office of the General Counsel
26 Federal Plaza, Room 3904
New York, NY  10278
(212) 264-3650, Ext. 225
Fax: (212) 264-6372
Ellen.sovern@ssa.gov

*UNITED STATES DISTRICT COURT*
*NORTHERN DISTRICT OF NEW YORK*

------------------------------------------------ x
RICHARD A. FURA

      Plaintiff,

      v.

COMMISSIONER OF
SOCIAL SECURITY,

      Defendant.
------------------------------------------------ x

Hon. Thomas J. McAvoy, D.J.
Hon. David E. Peebles, M.J.

Civil Action No. 08-0689:
**CONSENT ORDER TO REMAND**
**PURSUANT TO SENTENCE 4 OF**
**42 U.S.C. § 405(g)**

      This matter having been opened to the Court by Andrew T. Baxter, United States Attorney for the Northern District of New York, and Ellen E. Sovern, Special Assistant United States Attorney, attorneys for Defendant, for an Order remanding the within cause of action to the Defendant pursuant to sentence 4 of 42 U.S.C. § 405(g) so that further administrative action may be taken; and Plaintiff, through the undersigned attorney, having consented to the within order and the requested remand, and the Court having considered the matter,

IT IS on this 12th day of March, 2009;

ORDERED that the final decision of the Commissioner be and hereby is REVERSED, and the matter is REMANDED to the Defendant for this further administrative action, and it is further

ORDERED that the within matter, be and hereby is, DISMISSED in accord with the decision in Melkonyan v. Sullivan, 501 U.S. 89 (1991).

_____
David E. Peebles, Magistrate Judge
United States District Court

The undersigned hereby consent to the form and entry of the within order.

ANDREW T. BAXTER
United States Attorney

By: _____
Ellen E. Sovern
Special Assistant U.S. Attorney

Iaconis, Baum Law Firm

By: _____
Keith R. Wolfe
Attorney for Plaintiff