# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**RICHARD A. FURA, Jr.**

     vs.                       **CASE NUMBER: 5:08-CV-689 (TJM/DEP)**

**MICHAEL J. ASTRUE,**
**COMMISSIONER OF THE SOCIAL**
**SECURITY ADMINISTRATION**

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:

Upon entry of the Consent Order to Remand pursuant to Sentence 4 of 42 U.S.C. § 405 (g) as stipulated to by the parties the final decision of the Commissioner is hereby REVERSED and the matter is REMANDED to the Defendant for further administrative action.  This matter is hereby DISMISSED.

All of the above pursuant to the Order of the Honorable Judge David E. Peebles, dated the 12th day of March, 2009.

DATED: March 12, 2009

_Laurence K. Baerman_
Clerk of Court

S/ _____
Melissa Ennis
Deputy Clerk